UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN HARTMANN, | No.  CV-12-3072-JPH |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Before the Court is Magistrate Judge Hutton's November 7, 2013 Report and Recommendation, ECF No. 23, recommending Defendant's Motion for Summary Judgment be granted and Plaintiff's Motion for Summary Judgment be denied.  Plaintiff timely filed an objection on November 21, 2013, ECF No. 24, and Defendant filed a response on December 5, 2013, ECF No. 25.  Plaintiff's objections are restatements of arguments made in the summary judgment briefing.

After reviewing the Report and Recommendation, the objections, and relevant authorities, the Court finds the Magistrate Judge's findings are correct.  Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

**1.**   The Report and Recommendation, **ECF No. 23**, is **ADOPTED** in its entirety.

ORDER ADOPTING REPORT AND RECOMMENDATION **-** 1

1    **2.**   Defendant's Motion for Summary Judgment, **ECF No. 21**, is

2          **GRANTED.**

3    **3.**   Plaintiff's Motion for Summary Judgment, **ECF No. 19**, is

4          **DENIED.**

5    **4.**   This file shall be **CLOSED** and **JUDGMENT** shall be **ENTERED** for

6          the **DEFENDANT.**

7    **IT IS SO ORDERED.**   The Clerk's Office is directed to enter this

8  Order and provide copies to all counsel.

9    **DATED** this   18th   day of December 2013.

10

                                s/ Edward F. Shea
11                              EDWARD F. SHEA
                        Senior United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Q:\EFS\Civil\2012\3072.adopt.rr.lc2.docx

ORDER ADOPTING REPORT AND RECOMMENDATION **-** 2