UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| STEVEN HARTMANN,<br><br>　　　　　Plaintiff,<br>　　v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. CV-12-3072-JPH<br><br>JUDGMENT |

**DECISION BY THE COURT:**

This action came to hearing before the Court on Report and Recommendation. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

The Report and Recommendation is **ADOPTED** in its entirety. Defendant's Motion for Summary Judgment is **GRANTED**. Plaintiff's Motion for Summary Judgment is **DENIED** Judgment is entered for Defendant.

DATED:   December 19, 2013

　　　　　　　　　　　　　　　SEAN McAVOY
　　　　　　　　　　　　　　　District Court Executive/Clerk

　　　　　　　　　　　　　　　s/ L. Stejskal

Deputy Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28